IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00187-CV

 

In re Golden Valley

Electric Association,
Inc.

 

 

 



Original
Proceeding

 



MEMORANDUM 
Opinion



 








      Relator’s
petition for writ of mandamus is denied. 
See In re Allstate County Mut.
Ins. Co., 85 S.W.3d 193, 196 (Tex. 2002) (failure
to grant motion to abate not subject to mandamus).  The stay previously issued in this proceeding
is lifted fifteen days after the date of this opinion.

TOM GRAY

Chief Justice

Before Chief Justice Gray,

      Justice
Vance, and

      Justice
Reyna

Petition denied

Memorandum Opinion delivered and filed May 4,
2005

[CV06]